1  KENNETH H. WINE (#142385)
   HALLINAN & WINE
2  345 Franklin Street
   San Francisco, California 94102
3  (415) 621-2400
   Fax: (415) 575-9930
4
   Attorneys for Defendant
5  FLAVIO DE MORAIS

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR-10-557 JW
                                    )
12             Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                    )   STAYING PAYMENT OF RESTITUTION
13     v.                           )   PENDING APPEAL - FRCrP38
                                    )
14                                  )
                                    )
15 FLAVIO DE MORAIS,                )
                                    )
16             Defendant.           )
                                    )
17 _____)

18
           The parties hereto stipulate that the restitution order contained in the Judgment [Docket
19
   48] is stayed as of its entry, pending the outcome of the appeal of this case to the Ninth Circuit, pursuant
20
   to FRCrP 38(e)(1).
21

22
   Dated: October 19, 2012            HALLINAN & WINE
23
                                      /s/ Kenneth. H. Wine
24                                    Kenneth Wine, Esq.
                                      Attorney for Defendant
25

26 Dated: October 19, 2012            /s/ Kyle Waldinger
                                      Kyle Waldinger
27                                    Attorney for United States

28

**ORDER**

FOR GOOD CAUSE SHOWN, UPON STIPULATION OF THE PARTIES: the restitution portion of the Judgment entered in the case against Defendant Flavio De Morais is hereby stayed pending the outcome of the appeal of this issue to the Ninth Circuit, pursuant to Federal Rules of Criminal Procedure 38(e)(1).

Dated:October ~~19~~ 24, 2012



STAY OF RESTITUTION STIP AND ORDER 2